■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO DIAZ, Appellant. [877 NYS2d 229]—Appeal by the defendant, as limited by his motion, from a sentence of the County

Court, Orange County (DeRosa, J.), imposed November 21, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Miller, Covello and Chambers, JJ., concur.